No. 960. W. W. DAVIS ET AL. *v.* UNITED STATES; and

No. 998. JOE DAVIS *v.* SAME. June 1, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Husty* v. *United States*, 282 U. S. 694, 702. *Mr. W. Cleveland Davis* for W. W. Davis et al. *Mr. Hiram P. Whitacre* for Joe Davis. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Mahlon D. Kiefer*, and *W. Marvin Smith* for the United States. ▆▆▆▆▆▆

No. 845. RUDOLPH WURLITZER Co. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert C. Cooley* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg*, and *Messrs. Claude R. Branch, J. H. Sheppard*, and *William H. Riley, Jr.*, for the United States. ▆▆▆▆▆

No. 846. BIRKEL MUSIC Co. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert C. Cooley* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg*, and *Messrs. Claude R. Branch, J. H. Sheppard*, and *William H. Riley, Jr.*, for the United States. ▆▆